IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In re Francetta Boyd

      Debtor.
_____/

Chapter 13
Case No. 17-47680−mar
Hon. Mark A. Randon

Francetta Boyd

      Plaintiff,
v.

I.C. System, Inc. and
Samer G. Shamoon, D.D.S., P.C.

      Defendants.
_____/

Adv. Proc. No. 19-04310-mar

**CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I served **PLAINTIFF'S INTERROGATORIES, REQUESTS FOR ADMISSION REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR PRODUCTION OF STATEMENTS TO DEFENDANT SHAMOON** by First Class U.S. Mail upon the following interested parties:

Jessica L. Klander, Esq.
Attorney for Defendants
BASSFORD REMELE, P.A.
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254

Gregory R. Neidle, Esq.
Attorney for Defendants
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025

Patrick D. Newman, Esq.
Attorney for Defendants
BASSFORD REMELE, P.A.
100 South 5th Street, Suite 150
Minneapolis, MN 55402-1254

s/ Stephen A. Thomas (P43260)