IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| In re: Francetta Boyd,<br><br>    Debtor.<br>_____/ | Chapter 13<br>Case No. 17-47680-mar<br>Hon. Mark A. Randon |

| | |
|---|---|
| Francetta Boyd,<br><br>    Plaintiff,<br>v.<br><br>I.C. System, Inc.;<br>Samer G. Shamoon, D.D.S., P.C.,<br><br>    Defendants.<br>_____/ | Adv. Proc. No. 19-04310-mar |

## DEFENDANTS' WITNESS LIST

NOW COMES Defendants I.C. System, Inc. and Samer G. Shamoon, D.D.S., P.C., by and through their attorneys, Dobbs & Neidle, P.C., & Gregory R. Neidle, and hereby submit the following Preliminary Trial Witness List that may be called at the time of the trial of this matter:

| WITNESS | WILL CALL/ MAY CALL | LAY/EXPERT | LIVE/DEPOSITION |
|---|---|---|---|
| Plaintiff, Francetta Boyd | Will Call | Lay | Live |

1

| | | | |
|---|---|---|---|
| Michelle Dove, IC SYSTEM | Will Call | Lay | Live |
| Dr. Samer G. Shamoon, D.D.S. | Will Call | Lay | Live |
| Any and all persons referred to in discovery responses and/or deposition testimony | May Call | Lay or Expert | Live or Deposition |
| Any and all potential res gestae witnesses listed on police reports, medical reports or any other investigative reports | May Call | Lay or Expert | Live or Deposition |
| Any and all necessary rebuttal witnesses | May Call | Lay or Expert | Live |
| Any and all witnesses listed by Plaintiff, whether or not called at the time of trial | May Call | Lay or Expert | Live |
| Any and all witnesses whose identities become known through further discovery | May Call | Lay | Live |

                                                Respectfully submitted,

January 23, 2020                      By: /s/ Gregory R. Neidle
                                                Gregory R. Neidle (P59273)
                                                DOBBS & NEIDLE, PC
                                                Attorney for Defendants
                                                30150 Telegraph Road, Suite 410
                                                Bingham Farms, MI 48025
                                                Phone: (248) 723-9511
                                                Email: gneidle@dobbsneidle.com