IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In re: Francetta Boyd,                                    Chapter 13
                                                          Case No. 17-47680-mar
                                                          Hon. Mark A. Randon

        Debtor.

_____/


Francetta Boyd,                                           Adv. Proc. No. 19-04310-mar

        Plaintiff,
v.

I.C. System, Inc.;
Samer G. Shamoon, D.D.S., P.C.,

        Defendants.

_____/

## CERTIFICATE OF SERVICE

        I hereby certify that on January 23, 2020 I electronically filed the following paper with the Clerk of Court using the CM/ECF system:

**DEFENDANTS' WITNESS LIST**

which will send notification of such filing to the following:

        Stephen A. Thomas
        Patrick D. Newman
        Jessica L. Klander


Dated: January 23, 2020          By: /s/ Gregory R. Neidle
                                     DOBBS & NEIDLE, PC