UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Francetta Boyd,                        Case No.: 17-47680
                                        Chapter 13
       Debtor.                              Hon. Mark A. Randon
_____/

Francetta Boyd,

       Plaintiff,

v.                                                 Adversary Proceeding
                                                Case No.: 19-04310

I.C. System, Inc. and
Samer G. Shamoon, D.D.S., P.C.,
       Defendants.
_____/

## ORDER REGARDING DEFENDANTS' MOTION TO EXTEND DATES

This matter is before the Court on Defendants' motion to extend the final pretrial and trial dates. The Court held a final pretrial hearing via telephone on June 22, 2020. As such, that request is **DENIED AS MOOT**. The Court, however, adjourns the trial date to *August 25, 2020, at 10:00 a.m.* due to the exigent circumstances created by COVID-19.

       **IT IS ORDERED**.

**Signed on June 22, 2020**



                                       /s/ Mark A. Randon
                                       **Mark A. Randon**
                                       **United States Bankruptcy Judge**